UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH C. NIXON

VERSUS

UNITED STATES MIDDLE DIST CT

CIVIL ACTION

NO. 11-201-BAJ-SCR

## RULING

On March 29, 2011, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to either pay the filing fee or submit a pauper affidavit and a statement of account completed by an authorized officer certifying the amount of money in the plaintiff's patient account and the monthly deposit and balance averages for the preceding six months. Additionally, the plaintiff was instructed that all parties to the suit must be listed in the caption of the complaint and that all parties must be listed exactly the same in the caption and in part III of the complaint.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to pay the filing fee or correct the deficiencies. It is unclear from the complaint who the plaintiff intended to name as defendants to the suit. Moreover, the plaintiff failed to pay the filing fee or file a motion to proceed in forma pauperis.

Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings and pay the filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 26, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA